UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **COSPRO DEVELOPMENT CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**INTERNATIONAL FLAVORS AND FRAGRANCES, INC., et al.,**<br><br>Defendants. | Civil Action No. 23-3368 (WJM)<br><br>ORDER |
| **ALEXIA DAHMES,** *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**FIRMENICH S.A., et al.,**<br><br>Defendants. | Civil Action No. 23-3547 (WJM) |

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the undersigned should recuse himself; and good cause appearing;

**IT IS** on this 19th day of July, 2023,

**ORDERED** that I hereby recuse myself from all further proceedings in these matters; all pretrial proceedings will be handled by the Honorable Jessica S. Allen, U.S.M.J.

*s/James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**

| | |
|---|---|
| Original: | Clerk |
| cc: | Hon. William J. Martini, U.S.D.J. |
| | Hon. Jessica S. Allen, U.S.M.J. |
| | File |