| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>Joseph J. DePalma<br>570 Broad Street, Suite 1201<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>Fax: (973) 623-0858<br>jdepalma@litedepalma.com | **LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>Mindee J. Reuben<br>Steven J. Greenfogel<br>1515 Market Street - Suite 1200<br>Philadelphia, PA 19102<br>Tel: (267) 519-8306<br>Fax: (973) 623-0858<br>mreuben@litedepalma.com<br>sgreenfogel@litedepalma.com |

*Attorneys for Plaintiff Alexia Dahmes D/B/A Alexia Viola Napa Valley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEXIA DAHMES d/b/a ALEXIA VIOLA NAPA VALLEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>FIRMENICH SA, FIRMENICH INCORPORATED, AGILEX FLAVORS & FRAGRANCE, INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORPORATION, GIVAUDAN ROURE INC., UNGERER & COMPANY, INC., CUSTOM ESSENCE INCORPORATED, SYMRISE AG AND SYMRISE INC., AND INTERNATIONAL FLAVORS & FRAGRANCES, INC.<br><br>*Defendants*. | Civil Action No. 2:23-cv-03547(WJM)(JBC)<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Alexia Dahmes d/b/a Alexia Viola Napa Valley, hereby states that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

1

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated:  July 25, 2023

  /s/ *Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
jdepalma@litedepalma.com

**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben
Steven J. Greenfogel
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (267) 519-8306
Fax: (973) 623-0858
mreuben@litedepalma.com
sgreenfogel@litedepalma.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Frances Mahoney Mosedale
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
fmahoneymosedale@gustafsongluek.com

**GUSTAFSON GLUEK PLLC**
Dennis J. Stewart
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 595-3299
Fax: (612) 339-6622
dstewart@gustafsongluek.com

**BOIESBATTIN LLP**
Timothy D. Battin
Christopher V. Le
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
tbattin@boiesbattin.com
cle@boiesbattin.com

**ZIMMERMAN REED LLP**
David M. Cialkowski
June P. Hoidal
Ian F. McFarland
1100 IDS Center
80 S. 8th St.
Minneapolis, MN 55402
Tel: (612) 341-0400
Fax: (612) 341-0844
david.cialkowski@zimmreed.com
june.hoidal@zimmreed.com
ian.mcfarland@zimmreed.com

*Attorneys for Plaintiff Alexia Dahmes*
*d/b/a Alexia Viola Napa Valley*