DocuSign Envelope ID: 7BCA75A6-B209-46C3-A2C1-12897C87F7CD

20230711110407

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

SERVICE OF:      **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RELATED CASES**
EFFECTED (1) BY ME:   **MARIAN ZWIERZYNSKI**
TITLE:              **PROCESS SERVER**

DATE: **7/11/2023 1:37:05 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

AGILEX FLAVORS & FRAGRANCE, INC.

Place where served:

140 CENTENNIAL AVE. #100   PISCATAWAY  NJ  08854

[ X ]  Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOHN COSENZA

Relationship to defendant    **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX:M___  AGE: 51-65  HEIGHT: 5'9"-6'0"____  WEIGHT: 161-200 LBS.____  SKIN:WHITE_____  HAIR:BLACK___  OTHER: BEARD-GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*MARIAN ZWIERZYNSKI*

DATE: __07/11/2023__         _____5321CD588F5245F_____ L.S.

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     JOSEPH J. DEPALMA, ESQ.
PLAINTIFF:      ALEXIA DAHMES
DEFENDANT:   FIRMENICH SA, ET AL
VENUE:         DISTRICT
DOCKET:       2 23 CV 03547 WJM JBC
COMMENT: