DocuSign Envelope ID: CD7198B5-D694-4F1B-B544-519701D7A8FD



2023Q711104920

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RELATED CASES** EFFECTED (1) BY ME: **NUNO VEIGA** TITLE: **PROCESS SERVER** | DATE: **7/11/2023 12:14:36 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

CUSTOM ESSENCE INCORPORATED

Place where served:

53 VERONICA AVENUE   SOMERSET NJ 08873

[ X ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DEBBIE JENSON

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BLONDE   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*NUNO VEIGA*

DATE: 07/11/2023                 410B4D0629CA4A5                      L.S.

SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    JOSEPH J. DEPALMA, ESQ.
PLAINTIFF:    ALEXIA DAHMES
DEFENDANT: FIRMENICH SA, ET AL
VENUE:         DISTRICT
DOCKET:       2 23 CV 03547 WJM JBC
COMMENT: