DocuSign Envelope ID: 24663080-5895-4620-99E1-92028DF17B8C
Case 2:23-cv-03547-WJM-JSA   Document 8   Filed 07/25/23   Page 1 of 1 PageID: 104

20230711110321

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RELATED CASES** |
|---|---|
| EFFECTED (1) BY ME: | **DAVID FILARSKI** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **7/11/2023 11:42:00 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

FIRMENICH INCORPORATED

Place where served:

250 PLAINSBORO ROAD   PLAINSBORO  NJ  08536

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JANE CALL

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 51-65    HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____        SERVICES $ _____ . _____        TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DocuSigned by:
Docusign Court Approved E-Signature
*DAVID FILARSKI*

DATE: 07/11/2023     ─15ECE2DAA529499─    L.S.

SIGNATURE OF DAVID FILARSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JOSEPH J. DEPALMA, ESQ.
PLAINTIFF:   ALEXIA DAHMES
DEFENDANT: FIRMENICH SA, ET AL
VENUE:   DISTRICT
DOCKET:   2 23 CV 03547 WJM JBC
COMMENT: