| | | |
|---|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RELATED CASES** **GIANFRANCO MAUCIONE** **PROCESS SERVER** | |
| | | DATE: **7/11/2023 11:34:53 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

SYMRISE INC.

Place where served:

SYMRISE, INC. SYMRISE INC. 250 PEHLE AVE # 207, SADDLE BROOK, NJ

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LAUREN FERRUGGIO

Relationship to defendant  **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____        SERVICES $ _____ . _____        TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07/11/2023

Docusign Court Approved E-Signature
*GIANFRANCO MAUCIONE*
CDC21DE7281B4E7                                L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    JOSEPH J. DEPALMA, ESQ.
PLAINTIFF:     ALEXIA DAHMES
DEFENDANT: FIRMENICH SA, ET AL
VENUE:          DISTRICT
DOCKET:        2 23 CV 03547 WJM JBC
COMMENT: